NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30732
23-OCT-2012
09:04 AM

NO. 30732

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

VERNON CASSELL, Plaintiff-Appellee, v.
JAMES CARVALHO AND APRIL CARVALHO, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-0406)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Reifurth, J., for the court[1])

Upon consideration of the Stipulation for Dismissal With Prejudice of Appeal, filed on October 17, 2012 by the parties,[2] and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal With Prejudice of Appeal is approved. The appeal is dismissed with prejudice and each party shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, October 23, 2012.

Associate Judge

---

[1] Considered by Fujise, Presiding Judge, Leonard and Reifurth, JJ.

[2] Counsel is reminded that Hawai'i Rules of Appellate Procedure Rule 32(a) requires that the flyleaf of each document have a 3 inch top margin. Future non-compliance with this rule may result in sanctions.